**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Tim Joseph Smude

Debtor(s)

Case No: 26–32065 – KAC

Chapter 7 Case

**STATEMENT OF PRESUMED ABUSE**

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor(s)' case is presumed to be an abuse under section 707(b). (Kreuziger, Colin)

Dated: 7/27/26

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: SAK
Deputy Clerk

**mnbstpab** 09/21/2005 – kb

United States Bankruptcy Court

District of Minnesota

In re:                                                                          Case No. 26-32065-KAC

Tim Joseph Smude                                                                Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-3                        User: admin                          Page 1 of 2

Date Rcvd: Jul 27, 2026                     Form ID: mnbstpab                     Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tim Joseph Smude, 804 10th Street, Farmington, MN 55024-1414 |
| 63690142 | + | Servicefin, 555 S Federal Hwy Suite 200, Boca Raton, FL 33432-6033 |
| 63690143 | + | Wfbna Card, PO Box 29476, Phoenix, AZ 85038-9476 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63690126 | + | Email/PDF: bncnotices@becket-lee.com | Jul 27 2026 21:50:23 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 63690127 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2026 21:50:26 | Cap One, PO Box 85015, Richmond, VA 23285-5075 |
| 63690128 | + | Email/Text: bankruptcy@cavps.com | Jul 27 2026 21:46:00 | Cavalry Portfolio Serv, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 63690129 | | Email/Text: mrdiscen@discover.com | Jul 27 2026 21:46:00 | Discover C, Po Box15316 Att:Cms/Prod Develop, Wilmington, DE 19850-5316 |
| 63690130 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 27 2026 21:46:00 | Elan Fincl, PO Box 2066, Milwaukee, WI 53201-2066 |
| 63690131 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2026 21:46:00 | Internal Revenue Service, General Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 63690132 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 27 2026 21:46:00 | Jefferson Capital Syst, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 63690133 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2026 21:50:20 | Jpmcb Card, PO Box 15299, Wilmington, DE 19850-5299 |
| 63690134 | ^ | MEBN | Jul 27 2026 21:44:16 | Lvnv Funding, C/O Resurgent Capital Services PO Box 12, Greenville, SC 29602-0012 |
| 63690135 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2026 21:50:21 | Lvnv Funding Llc, PO Box 740281, Houston, TX 77274-0281 |
| 63690138 | + | Email/Text: mdor.bkysec@state.mn.us | Jul 27 2026 21:46:00 | MN Revenue, BANKRUPTCY SECTION, PO Box 64447, Saint Paul, MN 55164-0447 |
| 63690136 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 27 2026 21:50:23 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 63690137 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 27 2026 21:46:00 | Midland Credit Managem, PO Box 939069, San Diego, CA 92193-9069 |
| 63690139 | | Email/Text: mtgbk@shellpointmtg.com | Jul 27 2026 21:46:00 | Newrez, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 63690140 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2026 21:50:26 | Portfolio, 120 Corporate Blvd, Ste 1, Norfolk, VA 23502-4952 |

District/off: 0864-3                                   User: admin                                          Page 2 of 2

Date Rcvd: Jul 27, 2026                               Form ID: mnbstpab                          Total Noticed: 19

63690141              +  Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com
                                                  Jul 27 2026 21:50:23      Portfolio Recov Assoc, 120 Corporate Blvd Ste 1,
                                                                            Norfolk, VA 23502-4952

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Margaret R. Henehan | on behalf of Debtor 1 Tim Joseph Smude margaret@kainhenehan.com margaret@kainhenehan.com;Henehan.MargaretR105621@notify.bestcase.com;MHenehan@jubileebk.net |
| Nauni Jo Manty | ecf@mantylaw.com  mn12@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 3